PAT BROCHTRUP, SPECIAL ADMINISTRATOR OF THE ESTATE OF PAUL WILLIAM BROCHTRUP, DECEASED, APPELLEE, V. STATE OF NEBRASKA, APPELLANT.

489 N.W.2d 314

Filed September 18, 1992.   No. S-89-828.

Robert M. Spire, Attorney General, and Douglas J. Peterson for appellant.

R. Collin Mangrum for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, and FAHRNBRUCH, JJ.

HASTINGS, C.J.

This is a companion case of, arose out of the same accident as, was based on the evidence submitted in, and is controlled by *Maresh v. State, ante* p. 496, 489 N.W.2d 298 (1992), decided this date. The State of Nebraska has appealed the judgment order of the district court entered on July 25, 1989, sustaining the motion for summary judgment filed by the plaintiff, Brochtrup, which judgment is affirmed.

AFFIRMED.

GRANT, J., not participating.